JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| WILLIAM DUDRA,<br><br>      Plaintiff,<br><br>vs.<br><br>FAIRFIELD INSURANCE COMPANY, et al.<br><br>      Defendants. | CASE NO. CV 07-05500 DDP (SSx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>[FRCP 41(a)(1)(A)(ii)] |

    Pursuant to the stipulation of the parties pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii),

    **IT IS ORDERED** that this action is dismissed with prejudice.

DATED: August 05, 2008

_____
DEAN D. PREGERSON
United States District Judge

134879.1

**ORDER DISMISSING ACTION WITH PREJUDICE**